UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:23-cr-28

v.                                  JUDGE DOUGLAS R. COLE

PAYTON JAMAR BROWN,

       Defendant.

## CRIMINAL MINUTES: CHANGE OF PLEA ON INDICTMENT

Defendant appeared with counsel Scott Croswell, III

Defendant arraigned and specifically advised of rights

Plea Agreement summarized by AUSA Kyle Healey

Statement of Facts read by AUSA Kyle Healey

Defendant pled GUILTY to Counts 7 and 8

Plea accepted by the Court

Court deferred acceptance of Plea Agreement pending completion and review of Presentence Report

Referred to Probation Department for Presentence Report

Defendant remanded to the custody of the U.S. Marshal


**Judge:**                       Douglas R. Cole

**Courtroom Deputy:**     Scott Lang

**Court Reporter:**         Sue Lopreato (Official)

**Date:**                        October 25, 2023